1   RICHARD J. PAPST, ESQ.   (SB #080503)
      GAEL G. MUELLER, ESQ.  (SB #119228)
2   LAW OFFICES OF RICHARD J. PAPST
      1430 Truxtun Avenue, Suite 803
3   Bakersfield, California  93301
      (661) 634-0696
4   (661) 634-0699 (FAX)

5   Attorneys for Plaintiff
      JOSEPH L. GEIGER

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPH L. GEIGER,         )     CASE NO. CIV-F-03-6236 OWW DLB
                              )
12           Plaintiff,    )     STIPULATION FOR DISMISSAL WITH
                              )     PREJUDICE
13  vs.                    )
                              )
14  HARTFORD LIFE INSURANCE  )
      COMPANY,               )
15                           )
                Defendant.   )
16  _____ )

17

18        It is hereby stipulated and agreed between the parties JOSEPH L. GEIGER and

19  HARTFORD LIFE INSURANCE COMPANY through their respective counsel that the above-

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1   entitled action shall be dismissed in its entirety, as to all parties, with prejudice, with the parties

2   to bear their own expenses, costs of suit and attorneys' fees.

3

4   **DATED:** April 11, 2005                    LAW OFFICES OF RICHARD J. PAPST

5

6                                                BY:_____

7                                                    RICHARD J. PAPST
                                                     Attorneys for Joseph L. Geiger
8

9

10  **DATED:** April __, 2005                    GALTON & HELM, LLP

11

12                                               BY:_____

13                                                   MICHAEL B. BERNACCHI
                                                     Attorneys for Hartford Life Ins. Co.
14

15

16
                                      **ORDER**
17
    _____THE COURT HEREBY ORDERS the action *Geiger v. Hartford Life Ins. Co.,* CIV-F-03-
18
    6236 OWW DLB*, shall be dismissed in its entirety, as to all parties, with prejudice, with the parties
19
    to bear their own expenses, costs of suit and attorneys' fees.
20

21

22
    Dated:__May 9, 2005_____          _/s/ OLIVER W. WANGER_____
23
                                                OLIVER W. WANGER
24                                              United States District Judge

25

26

27

28

---